The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and DUTCH BLITZ ACQUISITION CORPORATION, a Pennsylvania corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TIAN RUIPING, an individual, d/b/a REAL VIOLET; LIN QIUYUN, an individual, d/b/a AMANDA KELLEY; HALAODA FUJIAN SHIPINYOUXIANGONGSI, an unknown entity; CEDRIC JACKSON, an individual, d/b/a COLBY WAYNE CLOTHING LLC, a Louisiana Limited Liability Company; I.S.A. GENERAL SERVICE GROUP INC., an unknown entity; and DOES 1-10,<br><br>　　　　　　　　Defendants. | No. 2:21-cv-00159-RAJ<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **RULE 42 MOTION TO CONSOLIDATE CASES** |

　　　　THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc.'s and Dutch Blitz Acquisition Corporation's (together, "Plaintiffs") *Ex Parte* Rule 42 Motion to Consolidate Cases ("Motion") now pending before this Court.  Plaintiffs have filed a notice in each of the other cases reflecting their intent to seek consolidation, and the Defendants in those cases have not appeared or otherwise objected.  The Court has considered Plaintiffs' Motion and governing law.

　　　　NOW, THEREFORE, the Court orders that the following cases be consolidated under Case No. 2:21-cv-00159-RAJ for all purposes, including trial:

ORDER GRANTING PLAINTIFFS' EX PARTE
RULE 42 MOTION TO CONSOLIDATE CASES - 1
(No. 2:21-cv-00159-RAJ)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

*Amazon.com, Inc., et al. v. Lijian, et al.*, Case No. 2:21-cv-00160-RAJ;

*Amazon.com, Inc., et al. v. Zhangzhenzhen, et al.*, Case No. 2:21-cv-00161-RAJ; and

*Amazon.com, Inc., et al. v. Luo Yanru, et al.*, Case No. 2:21-cv-00162-RAJ

All further pleadings shall be filed in Case No. 2:21-cv-00159-RAJ and bear this case number.

SO ORDERED this 23rd day of April, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING PLAINTIFFS' EX PARTE
RULE 42 MOTION TO CONSOLIDATE CASES - 2
(No. 2:21-cv-00159-RAJ)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax